```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22812
    WLADYSLAW GLISTA
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-5736

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/05/2007 and was confirmed 01/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  21.00%.

     The case was dismissed after confirmation 05/22/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
------------------------------------------------------------------------
AMERICAN HONDA FINANCE C  SECURED VEHIC    12762.94         .00        539.90
AMERICAN HONDA FINANCE C  UNSECURED       NOT FILED         .00           .00
INDYMAC BANK              NOTICE ONLY     NOT FILED         .00           .00
INDYMAC BANK              CURRENT MORTG         .00         .00           .00
INDYMAC BANK              MORTGAGE ARRE         .00         .00           .00
INDYMAC BANK FSB          CURRENT MORTG         .00         .00       2304.83
INDYMAC BANK FSB          MORTGAGE ARRE         .00         .00           .00
MARKET STREET MORTGAGE    NOTICE ONLY     NOT FILED         .00           .00
MB FINANCIAL BANK         NOTICE ONLY     NOT FILED         .00           .00
THOMAS HITCHCOCK & ASSOC  PRIORITY        NOT FILED         .00           .00
AMERICAN EXPRESS CENTURI  UNSECURED         2862.50         .00           .00
AMEX                      UNSECURED       NOT FILED         .00           .00
HSBC BANK NEVADA NA       UNSECURED          327.13         .00           .00
ECAST SETTLEMENT CORP     UNSECURED          820.58         .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED         .00           .00
ANA GLISTA                NOTICE ONLY     NOT FILED         .00           .00
MB FINANCIAL BANK         SECURED               .00         .00           .00
HSBC BANK NEVADA NA       UNSECURED          364.25         .00           .00
INDYMAC BANK              NOTICE ONLY     NOT FILED         .00           .00
HELENA GLISTA             NOTICE ONLY     NOT FILED         .00           .00
CLUBLANDS OF JOLIET HOME  SECURED            573.72         .00           .00
THOMAS R HITCHCOCK        REIMBURSEMENT      338.50         .00        338.50
CLUBLANDS OF JOLIET HOME  NOTICE ONLY     NOT FILED         .00           .00
MARKET STREET MORTGAGE    NOTICE ONLY     NOT FILED         .00           .00
THOMAS R HITCHCOCK        DEBTOR ATTY       3,500.00                      .00
TOM VAUGHN                TRUSTEE                                      266.77
DEBTOR REFUND             REFUND                                          .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22812 WLADYSLAW GLISTA
```

```
TRUSTEE                                     3,450.00

PRIORITY                                                      338.50
SECURED                                                     2,844.73
UNSECURED                                                        .00
ADMINISTRATIVE                                                   .00
TRUSTEE COMPENSATION                                          266.77
DEBTOR REFUND                                                    .00
                                        ----------------  ----------------
TOTALS                                      3,450.00          3,450.00
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                      /s/ Tom Vaughn
  Dated: 08/26/08           _____
                       TOM VAUGHN
                       CHAPTER 13 TRUSTEE